| | | |
|---|---|---|
| 19356 | State v. Paned | Affirmed |
| 19563 | State v. Redo | Affirmed |
| 20145 | State v. Todd | Affirmed |

## July 16, 1997

| | | |
|---|---|---|
| 18590 | Budget Rent–A–Car Systems, Inc. v. Rackel | Affirmed |
| 19136 | State v. Gill | Affirmed |
| 19335 | State v. Tlusty | Affirmed |

## July 17, 1997

| | | |
|---|---|---|
| 18518 | Dohmen–Ramirez v. Freis | Affirmed |
| 18988 | 4000 Old Pali Road Partners v. Hawaiian Ins. & Guar. Co., Ltd. | Affirmed |
| 18772 | State v. Contreras | Affirmed |
| 18912 | State v. Gonzales | Affirmed |
| 20154 | State v. Kupukaa | Reversed |
| 19508 | State v. Miller | Affirmed |

## July 21, 1997

| | | |
|---|---|---|
| 19290 | Ah–Nee v. Department of Commerce and Consumer Affairs | Dismissed |
| 19202 | Hawaii Nurses' Ass'n v. Potter | Affirmed |
| 19373 | State v. Miller | Affirmed |
| 18842 | State v. Serrao | Vacated |
| 19242 | State v. Sildora | Affirmed |

## July 22, 1997

| | | |
|---|---|---|
| 19423 | State v. Lee | Vacated |

## July 23, 1997

| | | |
|---|---|---|
| 19842 | State v. Benish | Affirmed |